Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−31092−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amr M Selim
   307 Gravel Bend Road
   Egg Harbor Twp, NJ 08234

Social Security No.:
   xxx−xx−2326

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 1/12/18 at 09:00 AM

to consider and act upon the following:

*77* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 11/30/2017. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Balboa, Isabel)

Dated: 12/1/17

                                             Jeanne Naughton
                                             Clerk, U.S. Bankruptcy Court