UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By: Scott M. Zauber, Esq.  SZ6086

Order Filed on February 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Amr M. Selim

Case No.:    15-31092-ABA

Chapter:    13

Judge:    Altenburg

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Scott M. Zauber _____, the applicant, is allowed a fee of $ _____ 400.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 400.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 503.00 _____ per month for _____ 33 _____ months to allow for payment of the above fee.

*rev.8/1/15*

2