| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>44180<br>MORTON & CRAIG, LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>(856)866-0100<br>Attorney for Santander Consumer USA Inc.<br>JM-5630 | **Order Filed on March 2, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>AMR M. SELIM | Case No.: 15-31092 (ABA)<br>Adv. No.:<br>Hearing Date:<br>Judge: Hon. Andrew B. Altenburg, Jr. |

### ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor: Amr M. Selim / 44180

Case No: 15-31092 (ABA)

Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Santander Consumer USA Inc.** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Christina Faunce** to permit **Santander Consumer USA Inc.** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2013 Acura RDX
Vehicle Identification Number
5J8TB4H32DL003291

United States Bankruptcy Court
District of New Jersey

In re:  
Amr M Selim  
       Debtor

Case No. 15-31092-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Mar 02, 2018  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.  
db        +Amr M Selim,   307 Gravel Bend Road,   Egg Harbor Twp, NJ 08234-4809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:

      Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Jaclyn Christine Clemmer   on behalf of Creditor   M&T BANK jclemmer@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com  
      John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Michael E. Blaine   on behalf of Creditor   Specialized Loan Servicing, as Servicer for Deutsche Bank National Trust Company, as Trustee For Home Equity Mortgage Loan Asset-Backed Trust, SeriesINABS2005-C, Home Equity Mortgage Loan Asset-Backed mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com  
      Michael E. Blaine   on behalf of Creditor   M&T BANK mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com  
      Michael E. Blaine   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C by its mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com  
      Michael E. Blaine   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com  
      Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C by its rsolarz@kmllawgroup.com  
      Scott M. Zauber   on behalf of Debtor Amr M Selim szauber@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com

      TOTAL: 11