UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: Deutsche Bank National Trust
Company, as Trustee for Home Equity
Mortgage Loan Asset-Backed Trust, Series
INABS 2005-C, Home Equity Mortgage
Loan Asset-Backed Certificates, Series
INABS 2005-C

In Re:

Amr M. Selim,

    Debtor.

**Order Filed on June 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:    <u>15-31092 ABA</u>

Chapter: <u>13</u>

Judge: Andrew B. Altenburg

## CONSENT ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following pages two through three is hereby ordered **ORDERED**.

**DATED: June 22, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:            Amr M. Selim
Case No.:        15-31092 ABA
Caption:         **CONSENT ORDER REINSTATING AUTOMATIC STAY**

This matter, having been brought before the Court by Jeanie D. Wisener, Esq., counsel for the Debtor, Amr M. Selim, upon a motion to reinstate the automatic stay as to real proprety known as  307 Gravel Bend, Road, Egg Harbor Township, NJ 08234, and with the consent of Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C,

It is hereby **ORDERED, ADJUDGED and DECREED** that the automatic stay as to 307 Gravel Bend Road, Egg Harbor Township, NJ 08234, is hereby reinstated; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $10,000.00 within 15 days of this order entered; and

It **ORDERED, ADJUDGED and DECREED** that the pre-petition arrears are to be paid through the Chapter 13 Plan; and

It **ORDERED, ADJUDGED and DECREED** that a Proof of Claim is to be filed by the Secured Creditor for the post-petition arrears; and

It is further **ORDERED, ADJUDGED and DECREED** that the Trustee is not to make payments to Secured Creditor for post-petition arrears until month 37 of Plan (approximately January 2019); and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall sell commercial property located at 424 Broad Street, East Millville, NJ 08832 no later than January 31, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that the net proceeds of the sale are to be turned over to the Chapter 13 Trustee for disbursement on Secured Creditor's claims;

It is further **ORDERED, ADJUDGED and DECREED** that if the sale is not completed by January 2019, then the Trustee payment will increase to capitalize the post-petition mortgage arrears; and that any amounts due under the terms of this order not paid by January 31, 2019 shall be capitalized and paid over the remainder of the plan; and

Page 3
Debtor:           Amr M. Selim
Case No.:         15-31092 ABA
Caption:          **CONSENT ORDER REINSTATING AUTOMATIC STAY**

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2018, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, PO Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum cure payment or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved; and

It further **ORDERED, ADJUDGED and DECREED** that motion to reinstate the stay is hereby resolved.

I hereby agree and consent to the above terms and conditions:

*/s/ Denise Carlon*
_____
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR          Dated:   6/22/18

*/s/ Jeanie D. Wisener*
_____
JEANIE D. WISENER, ESQ., ATTORNEY FOR DEBTOR          Dated:   6/20/18

United States Bankruptcy Court
District of New Jersey

In re:
Amr M Selim
        Debtor

Case No. 15-31092-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jun 22, 2018
                             Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
db            +Amr M Selim,    307 Gravel Bend Road,    Egg Harbor Twp, NJ 08234-4809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
           Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jaclyn Christine Clemmer   on behalf of Creditor   M&T BANK jclemmer@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerk
           napp.com
          John R. Morton, Jr.   on behalf of Creditor    Santander Consumer USA, Inc.
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Michael E. Blaine   on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC mblaine@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerk
           napp.com;sbatcher@schillerknapp.com
          Michael E. Blaine   on behalf of Creditor    Specialized Loan Servicing, as Servicer for Deutsche
           Bank National Trust Company, as Trustee For Home Equity Mortgage Loan Asset-Backed Trust,
           SeriesINABS2005-C, Home Equity Mortgage Loan Asset-Backed mblaine@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerk
           napp.com;sbatcher@schillerknapp.com
          Michael E. Blaine   on behalf of Creditor    M&T BANK mblaine@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerk
           napp.com;sbatcher@schillerknapp.com
          Michael E. Blaine   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
           Asset-Backed Certificates, Series INABS 2005-C by its mblaine@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerk
           napp.com;sbatcher@schillerknapp.com
          Rebecca Ann Solarz   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
           Asset-Backed Certificates, Series INABS 2005-C by its rsolarz@kmllawgroup.com
          Scott M. Zauber   on behalf of Debtor Amr M Selim szauber@subranni.com,
           ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;dhoff@subranni.com
          Thomas J Subranni   on behalf of Debtor Amr M Selim jwiesner@subranni.com,
           ecorma@subranni.com;jwiesner@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
                                                                          TOTAL: 13