|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SUBRANNI ZAUBER LLC<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401<br>(609) 347-7000; Fax (609) 345-4545<br>Attorneys for Debtor(s)<br>By: Jeanie D. Wiesner, Esq.  JW3209<br>jwiesner@subranni.com | Order Filed on August 13, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Amr M. Selim | Case No.:     15-31092-ABA<br>Chapter:           13<br>Judge:          Altenburg |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 13, 2018**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Scott M. Zauber _____, the applicant, is allowed a fee of $ _____ 500.00 _____ for services rendered and expenses in the amount of $_____ 0.00 _____ for a total of $_____ 500.00 _____ . The allowance is payable:

　　　☒  through the Chapter 13 plan as an administrative priority.

　　　☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ 524.00 _____ per month for _____ 27 _____ months to allow for payment of the above fee.

*rev.8/1/15*