UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By: Jeanie D. Wiesner, Esq.   JW3209
jwiesner@subranni.com

Order Filed on August 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Amr M. Selim

Case No.:   15-31092-ABA

Chapter:   13

Judge:   Altenburg

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott M. Zauber_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____500.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____524.00_____ per month for _____27_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-31092-ABA
Amr M Selim                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1           Date Rcvd: Aug 13, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2018.
db             +Amr M Selim,    307 Gravel Bend Road,    Egg Harbor Twp, NJ 08234-4809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Jaclyn Christine Clemmer    on behalf of Creditor    M&T BANK jclemmer@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerknapp.com
      Jeanie D. Wiesner    on behalf of Debtor Amr M Selim jwiesner@subranni.com, ecorma@subranni.com;cwild@subranni.com
      John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
      Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerknapp.com
      Michael E. Blaine    on behalf of Creditor    Specialized Loan Servicing, as Servicer for Deutsche Bank National Trust Company, as Trustee For Home Equity Mortgage Loan Asset-Backed Trust, SeriesINABS2005-C, Home Equity Mortgage Loan Asset-Backed tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerknapp.com
      Michael E. Blaine    on behalf of Creditor    M&T BANK tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerknapp.com
      Michael E. Blaine    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C by its tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerknapp.com
      Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C by its rsolarz@kmllawgroup.com
      Scott M. Zauber    on behalf of Debtor Amr M Selim szauber@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;dhoff@subranni.com
      Thomas J Subranni    on behalf of Debtor Amr M Selim jwiesner@subranni.com, ecorma@subranni.com;jwiesner@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
                                                                                                                                                                                                TOTAL: 14