# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Amr M Selim

Case No.: 15-31092

Hearing Date:

Chapter: 13

Judge: Altenburg

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew N. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Bayview Loan Servicing, LLC, Certification of Default

**Location of Hearing:** Courtroom No. 4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street 4th Floor
Camden, NJ

**Date and Time:** 2/26/19 @ 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 2/4/19

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on February 4, 20 19 this notice was served on the following: Debtor, Attorney for Debtor, Trustee, Attorney for Creditor

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-31092-ABA
Amr M Selim                                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 1                   Date Rcvd: Feb 04, 2019
                               Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
db             +Amr M Selim,   307 Gravel Bend Road,   Egg Harbor Twp, NJ 08234-4809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
       Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Jaclyn Christine Clemmer    on behalf of Creditor    M&T BANK jclemmer@schillerknapp.com,
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
      Jeanie D. Wiesner    on behalf of Debtor Amr M Selim jwiesner@subranni.com,
       ecorma@subranni.com;cwild@subranni.com
      John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
       ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
       p.com
      Michael E. Blaine    on behalf of Creditor    Specialized Loan Servicing, as Servicer for Deutsche
       Bank National Trust Company, as Trustee For Home Equity Mortgage Loan Asset-Backed Trust,
       SeriesINABS2005-C, Home Equity Mortgage Loan Asset-Backed
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
       p.com
      Michael E. Blaine    on behalf of Creditor    M&T BANK
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
       p.com
      Michael E. Blaine    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
       Asset-Backed Certificates, Series INABS 2005-C by its
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
       p.com
      Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
       Asset-Backed Certificates, Series INABS 2005-C by its rsolarz@kmllawgroup.com
      Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC, as attorney in
       fact for M&T Bank rtracy@schillerknapp.com,
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
      Scott M. Zauber    on behalf of Debtor Amr M Selim jwiesner@subranni.com,
       ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
      Thomas J Subranni    on behalf of Debtor Amr M Selim jwiesner@subranni.com,
       ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
                                                                                                  TOTAL: 15