DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J. Tracy, Esq. (ID #079152013)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC, as attorney in fact for M&T Bank

In Re:

    AMR M. SELIM
                Debtor.

**Order Filed on March 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:   15-31092-ABA

Judge:   Hon. Andrew N. Altenburg, Jr.

Chapter:   13

## ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

**The relief set forth on the following pages, numbered two (2) is hereby ORDERED.**

**DATED: March 6, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J. Tracy, Esq. (ID #079152013)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC, as attorney in fact for M&T Bank

In Re:

AMR M. SELIM
        Debtor.

Case No.: 15-31092-ABA

Judge: Hon. Andrew N. Altenburg, Jr.

Chapter: 13

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

WHEREAS, Bayview Loan Servicing, LLC, as attorney in fact for M&T Bank (hereinafter "Creditor") filed a Certification of Default; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1. The debtor acknowledges the post-petition arrears in the amount of $15,464.95 are owed to Creditor. These arrears shall be repaid at the time of closing sale of 424 E. Broad Street, Millville, NJ 08332, outside of the Plan.

2. The debtor shall file a Motion to Sell by June 1, 2019. In the event the debtor fails to file a Motion to Sell by June 1, 2019, Creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the


objection

_____
Richard J Tracy, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Date: ____3/6/____, 2019

_____
Jeanie D. Wiesner, Esq.
Attorney for Debtor
Subranni Zauber
1624 Pacific Ave.
Atlantic City, New Jersey 08401

Date: _March 6_, 2019