DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J. Tracy, Esq. (ID #079152013)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC, as attorney in fact for M&T Bank

**Order Filed on March 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    AMR M. SELIM
                Debtor.

Case No.:   15-31092-ABA

Judge:   Hon. Andrew N. Altenburg, Jr.

Chapter:   13

## ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

**The relief set forth on the following pages, numbered two (2) is hereby ORDERED.**

**DATED: March 6, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J. Tracy, Esq. (ID #079152013)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing,
LLC, as attorney in fact for M&T Bank

In Re:

AMR M. SELIM
Debtor.

Case No.: 15-31092-ABA

Judge: Hon. Andrew N. Altenburg, Jr.

Chapter: 13

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

WHEREAS, Bayview Loan Servicing, LLC, as attorney in fact for M&T Bank (hereinafter "Creditor") filed a Certification of Default; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1. The debtor acknowledges the post-petition arrears in the amount of $15,464.95 are owed to Creditor. These arrears shall be repaid at the time of closing sale of 424 E. Broad Street, Millville, NJ 08332, outside of the Plan.

2. The debtor shall file a Motion to Sell by June 1, 2019. In the event the debtor fails to file a Motion to Sell by June 1, 2019, Creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the

objection.

_____
Richard J Tracy, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Date: ___3/6/___, 2019

_____
Jeanie D. Wiesner, Esq.
Attorney for Debtor
Subranni Zauber
1624 Pacific Ave.
Atlantic City, New Jersey 08401

Date: _March 6_, 2019

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-31092-ABA
Amr M Selim                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin           Page 1 of 2           Date Rcvd: Mar 06, 2019
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.
db          +Amr M Selim,   307 Gravel Bend Road,   Egg Harbor Twp, NJ 08234-4809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:
     Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Jaclyn Christine Clemmer    on behalf of Creditor   M&T BANK jclemmer@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
     Jeanie D. Wiesner    on behalf of Debtor Amr M Selim jwiesner@subranni.com, ecorma@subranni.com;cwild@subranni.com
     John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
     Michael E. Blaine    on behalf of Creditor    M&T BANK tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
     Michael E. Blaine    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C by its tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
     Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
     Michael E. Blaine    on behalf of Creditor    Specialized Loan Servicing, as Servicer for Deutsche Bank National Trust Company, as Trustee For Home Equity Mortgage Loan Asset-Backed Trust, SeriesINABS2005-C, Home Equity Mortgage Loan Asset-Backed tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
     Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C by its rsolarz@kmllawgroup.com
     Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC, as attorney in fact for M&T Bank rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
     Richard James Tracy, III    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
     Scott M. Zauber    on behalf of Debtor Amr M Selim jwiesner@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Mar 06, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas J Subranni    on behalf of Debtor Amr M Selim jwiesner@subranni.com, ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com

                                                                                                         TOTAL: 16