Case 15-31092-ABA    Doc 161-2    Filed 03/04/19    Entered 03/04/19 07:16:13    Desc
Proposed Order    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; FAX (609) 345-4545
Attorneys for Debtor

**Order Filed on March 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Amr M. Selim

Case No.: 15-31092 (ABA)

Chapter: 13

Judge: Andrew B. Altenburg

## ORDER AUTHORIZING RETENTION OF

Jeffrey L. Gold, Esq. as Special Counsel

The relief set forth on the following page is **ORDERED**.

**DATED: March 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain     Jeffrey L. Gold, Esq.
as     Special Counsel    , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   2106 New Road, Suite F-6
   Linwood, NJ 08221

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*