UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 15-31092 (ABA) |
| Amr M. Selim | Chapter: | 13 |
| | Judge: | Andrew B. Altenburg |

### NOTICE OF PROPOSED PRIVATE SALE

_____Amr. M. Selim_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Jeanne A. Naughton, Clerk
400 Cooper Street
Camden, NJ 8101

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg_____ on _____May 14, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, 400 Cooper Street, 4th Floor, Camden NJ 08101. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  424-426 E. Broad Street
Millville, NJ 08332

Proposed Purchaser:  Joseph Nseim

Sale price: $170,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Jeffrey L. Gold, Esq. |
| Amount to be paid: | $4,000 to $5,000; Final amount TBD |
| Services rendered: | Representation of Debtor through process of sale. Work including, but not limited to, preparation of Contract for Sale, communication with buyers counsel and Debtor's bankruptcy counsel, document review etc. with regard to sale of property located at 242-246 E. Broad Street, Millville, NJ 08332. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Jeanie D. Wiesner, Esq. of Subranni Zauber LLC

Address: 1624 Pacific Avenue, Atlantic City, NJ 08401

Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-31092-ABA
Amr M Selim                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 4              Date Rcvd: Apr 10, 2019
                              Form ID: pdf905          Total Noticed: 112

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
```
db              +Amr M Selim,    307 Gravel Bend Road,    Egg Harbor Twp, NJ 08234-4809
aty             +Jeffrey L Gold,    2106 New Road,    Suite F-6,    Linwood, NJ 08221-1053
cr              +Deutsche Bank National Trust Company, as Trustee f,    Specialized Loan Servicing, LLC,
                  PO Box 636007,    Littleton, CO 80163-6007
cr              +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900-North,    Dallas, TX  75247,
                  UNITED STATES 75356-2088
cr              +Specialized Loan Servicing, as Servicer for Deutsc,    Specialized Loan Servicing, LLC,
                  PO Box 636007,    Littleton, CO 80163-6007
515841242        ADT, LLC,    Attn: American Financial Mngt,    8755 W Higgins Rd Ste 610,
                  Chicago, IL  60631-2751
515950271        AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
515841243        American Epxress,    Attn: NCO Financial,    PO Box 15760,    Wilmington, DE  19850-5760
515841244        American Express,    POB 981537,    El Paso, TX  79998-1537
515841245        American Express,    Attn: Redline Recovery,    PO Box 1022,    Fort Mill, SC  29716-1022
515911746        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515841247       +Atlantic Emergency Assoc.,    6880 W Snowville Rd #210,    Brecksville, OH 44141-3255
515841248       +Atlantic Emergency Associates,    POB 120153,    Grand Rapids, MI 49528-0103
515841249       +Atlantic Radiologists,    POB 1262,    Indianapolis, IN 46206-1262
515841251      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank of America,    POB 982235,    El Paso, TX  79998)
515841258       +BMW Group Financial Services,    POB 3608,    Dublin, OH 43016-0306
515841250       +Bailey Banks & Biddle/CBNA,    POB 6487,    SIoux Falls, SD 57117-6487
515841255        Barclays Bank DE,    PO Box 8803,    Wilmington, DE  19899-8803
515841252        Barclays Bank DE,    Attn: Ragan & Ragan,    3100 State Route 138 Ste 1,    Wall, NJ  07719-9021
515841253        Barclays Bank DE,    Attn: Atlantic County Court,    PO Box 6075,    Somers Point, NJ  08244
515841254        Barclays Bank DE,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                  Atlantic City, NJ  08401-4510
515841256        Barclays Bank DE/Juniper,    Attn: Berman & Rabin,    PO Box 24327,
                  Overland Park, KS  66283-4327
515841268       +CCS/First National Bank,    500 E 60th St N,    Souix Falls, SD 57104-0478
515841275        CIT Bank,    6900 Beatrice Dr,    Kalamazoo, MI  49009-9559
515841282        CITibank,    Attn: ARS,    PO Box 1259,    Oaks, PA  19456-1259
515841289       +CPU/CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
515841262        Capital One,    Attn: Plaza Assoc.,    PO Box 2769,    New York, NY  10116-2769
515841263        Capital One Bank,    Attn: Eichenbaum Stylianou,    PO Box 914,    Paramus, NJ  07653-0914
515841264        Capital One Bank,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                  Atlantic City, NJ  08401-4510
515841265        Capital One Bank (USA) NA,    Attn: Eichenbaum & Stylianou,    PO Box 914,
                  Paramus, NJ  07653-0914
515841267        Capital One Bank USA NA,    Attn: Mercer County Court,    25 Market St,    Trenton, NJ  08611-2148
516019132        Capital One, N.A.,    c o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
515841269        Chase Bank,    Attn: Nationwide Credit,    2002 Summit Blvd Ste 600,    Atlanta, GA  30319-1559
515841270        Chase Bank NA,    Attn: Northstar Location Services,    4285 Genesee St,
                  Cheektowaga, NY  14225-1943
515841271        Chase Bank USA,    Attn: VCS,    7500 Office Ridge Cir,    Eden Prairie, MN  55344-3782
515841273        Chase Bank USA NA,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                  Atlantic City, NJ  08401-4510
515841272        Chase Bank USA NA,    Attn: Mercer County Court,    25 Market St,    Trenton, NJ  08611-2148
515841274        Chase Card Services,    POB 15298,    Wilmington, DE  19850-5298
515841276       +Citgo/Citibank SD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
515841277        Citi,    Attn: Client Services, Inc.,    3451 Harry S Truman Blvd,
                  Saint Charles, MO  63301-4047
515841280        Citibank,    Attn: CBE Group,    PO Box 2547,    Waterloo, IA  50704-2547
515841278        Citibank,    Attn: LTD Financial,    7322 Southwest Fwy Ste 1600,    Houston, TX  77074-2134
515841279        Citibank,    RAB, Inc.,    PO Box 1022,    Wixom, MI  48393-1022
515841283        Citibank SD N,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                  Atlantic City, NJ  08401-4510
515841287        Citibank SD NA,    Attn: Northland Group, Inc.,    PO Box 390905,    Minneapolis, MN  55439-0905
515841284        Citibank SD NA,    Attn: Mercer County Court,    25 Market St,    Trenton, NJ  08611-2148
515841285       +Citibank SD NA,    Attn: Faloni & Assoc.,    165 Passaic Ave Ste 301B,    Fairfield, NJ 07004-3592
515841286        Citibank SD NA,    Attn: United Recovery Syst.,    5800 N Course Dr,    Houston, TX  77072-1613
515841288        Citibank/Shel,    Attn: ARS,    PO Box 463023,    Escondido, CA  92046-3023
515841293        DSNB,    Attn: Omni Credit Service of FL,    PO Box 31179,    Tampa, FL  33631-3179
515841292        Dell Financial Services,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                  Atlantic City, NJ  08401-4510
515841291        Dell Financial Services,    Attn: Mercer County Court,    25 Market St,    Trenton, NJ  08611-2148
515901708       +Deutsche Bank National Trust Co.,Trustee (See 410),    c/o SPECIALIZED LOAN SERVICING LLC,
                  8742 LUCENT BLVD, SUITE 300,    HIGHLANDS RANCH, COLORADO 80129-2386
515841294        FIA Card Services,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                  Atlantic City, NJ  08401-4510
515841296        FIA Card Services, N.A.,    Attn: Einchenbaum Stylianou,    PO Box 914,    Paramus, NJ  07653-0914
515841295        FIA Card Services, N.A.,    Attn: Hyat Hayt & Landau,    PO Box 500,    Eatontown, NJ  07724-0500
515841297        FIA Card Services, N.A.,    Attn: Regional Adjustmnet,    PO Box 34111,    Memphis, TN  38184-0111
515841301        HSBC,    PO Box 9,    Buffalo, NY  14240-0009
515841302        HSBC,    Attn: Portfolio recovery,    140 Corporate Blvd,    Norfolk, VA  23502-4952
```

```
District/off: 0312-1              User: admin              Page 2 of 4              Date Rcvd: Apr 10, 2019
                                  Form ID: pdf905          Total Noticed: 112

515841303        HSBC Bank,    Attn: Firstsource,    PO Box 2270,    Southgate, MI 48195-4270
515841305        Lourdes Cardiology Services,    PO Box 824699,    Philadelphia, PA 19182-4699
515841308        M&T Bank,    Attn: Schiller & Knapp, LLP,    950 New Loudon Rd,    Latham, NY 12110-2100
515841307        M&T Bank,    Attn: Schiller & Knapp,    30 Montgomery St Ste 1205,    Jersey City, NJ 07302-3835
515841309        Macys,    PO Box 8218,    Mason, OH 45040-8218
515960801       +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515841311        Midland Funding,    Attn: Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
515841312        Midland Funding,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                 Atlantic City, NJ 08401-4510
515841313        Midland Funding LLC,    Attn: Mercer County Court,    25 Market St,    Trenton, NJ 08611-2148
515901915       +Mulooly Jeffrey Rooney and Flynn,    6851 Jericho Turnpike,    PO Box 9036,
                 Syosset, NY 11791-9036
515841315       +OCWEN Mortgage,    POB 4622,    Waterloo, IA 50704-4622
515841318        Porfolio Recovery,    Attn: Forster Garbus & Garbus,    7 Banta Pl,    Hackensack, NJ 07601-5604
515841322     ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO 80163-6005
                (address filed with court:  Specialized Loan Servicing,    POB 266005,
                 Littleton, CO 80163-0000)
515898437       +Santander Consumer USA INC,    PO BOX 560284,    Dallas, TX 75356-0284
515899012       +Santander Consumer USA INC,    PO Box 961245,    Ft. Worth TX 76161-0244
515841321       +Sears/Citibank,    POB 6283,    Sioux Falls, SD 57117-6283
515841323        Starkman General Product Co., Inc.,    Attn: Cox Wells,    7 Assoc 3520 W 26th St Ste 1,
                 Erie, PA 16506
515841324        Starkman General Products,    Attn: Broder Law group,    110 Marter Ave Ste 409,
                 Moorestown, NJ 08057-3124
515841329      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit,    4 Gatehall Dr., Ste 350,
                 Parsippany, NJ 07054)
515841327       +Township Of Egg Harbor EMS,    DM Medical Box 1016,    Voorhees, NJ 08043-7016
515841328        Toyota Financial Services,    PO Box 9786,    Cedar Rapids, IA 52409-0004
515841330        Unifund CCr LLC,    Attn: Mullooly Jeffrey Rooney,    PO Box 9036,    Syosset, NY 11791-9036
515841333        Verizon,    Attn: Diversified Adjustment,    600 Coon Rapids Blvd NW,
                 Coon Rapids, MN 55433-5549
515841331        Verizon,    Attn: McCarthy Burgess Wolff,    2600 Cannon Rd,    Cleveland, OH 44146
515841332        Verizon,    Attn: Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
515841334       +Webbank-DFS,    POB 81607,    Austin, TX 78708-1607
515841335       +Zales-CBSD,    POB 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2019 23:27:04      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2019 23:27:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515841246        E-mail/Text: bnc-applied@quantum3group.com Apr 10 2019 23:27:27      Applied Bank,
                 PO Box 10210,    Wilmington, DE 19850-0210
515924769        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 10 2019 23:28:56
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
515841257       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 10 2019 23:27:30
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
516016692        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2019 23:28:33      CACH, LLC,
                 PO BOX 10587,    Greenville, SC 29603-0587
515841259        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2019 23:28:28      Capital One,
                 POB 30281,    Salt Lake City, UT 84130-0281
515841260       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2019 23:28:51      Capital One,
                 POB 5253,    Carol Stream, IL 60197-5253
515841261        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2019 23:28:53      Capital One,
                 POB 30285,    Salt Lake City, UT 84130-0285
516022082        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2019 23:28:28
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516047675       +E-mail/Text: bncmail@w-legal.com Apr 10 2019 23:27:17      Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515841281        E-mail/Text: cms-bk@cms-collect.com Apr 10 2019 23:26:47      Citibank,
                 Attn: Capital Managment Services,    726 Exchange St Ste 700,    Buffalo, NY 14210-1464
515841290        E-mail/PDF: creditonebknotifications@resurgent.com Apr 10 2019 23:28:32      Credit One Bank,
                 POB 98873,    Las Vegas, NV 89193-8873
515856330        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2019 23:28:56
                 Dell Financial Services LLC,    c/o Resurgent Capital Services,    PO Box 10390,
                 Greenville, SC 29603-0390
515841298       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2019 23:28:23      GECRB/Gap,    POB 935005,
                 Orlando, FL 32896-0001
515841299       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2019 23:28:45      GECRB/JCP,    POB 965007,
                 Orlando, FL 32896-5007
515841300       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2019 23:28:23      GECRB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
515841304       +E-mail/Text: bncnotices@becket-lee.com Apr 10 2019 23:26:19      KOHLS Department Store,
                 POB 3115,    Milwaukee, WI 53201-3115
515841306        E-mail/Text: camanagement@mtb.com Apr 10 2019 23:26:40      M&T Bank,    1 Fountain Plaza, FL 4,
                 Buffalo, NY 14203-0000
```

```
District/off: 0312-1          User: admin                 Page 3 of 4                  Date Rcvd: Apr 10, 2019
                              Form ID: pdf905             Total Noticed: 112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516048397        E-mail/Text: camanagement@mtb.com Apr 10 2019 23:26:40      M&T Bank,
                  c/o Schiller Knapp Lefkowitz & Hertzel L,   Post Office Box 840,   Buffalo, New York 14240
515841314        E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2019 23:26:59      Midland Funding, LLC,
                  8875 Aero Drive, Ste. 200,   San Diego, CA  92123-2255
515841316       +E-mail/Text: EBN_Notifications@OWB.com Apr 10 2019 23:26:55      Onewest Bank,
                  6900 Beatrice Dr.,   Kalamazoo, MI 49009-9559
515841319        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2019 23:40:31
                  Portfolio Recovery Assoc.,    120 Corporate Blvd Ste 100,   Norfolk, VA  23502-4962
515866425        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2019 23:39:48
                  Portfolio Recovery Associates, LLC,    c/o HSBC,   POB 41067,   Norfolk VA 23541
515841325       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2019 23:28:23       SYNCB/Lowes,   POB 965005,
                  Orlando, FL 32896-5005
515841326        E-mail/Text: bankruptcy@td.com Apr 10 2019 23:27:07      TD Bank N.A.,   PO Box 219,
                  Lewiston, ME  04243-0000
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515945242*       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515945243*       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515841266*       Capital One Bank (USA) NA,   Attn; Eichenbaum & Stylianou,   PO Box 914,
                  Paramus, NJ  07653-0914
517988502*      +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
515841310       ##Mellville Food Market LLC,   T/A Millville Fod market,   424 Broad St E,
                  Millville, NJ  08332-2733
515841317       ##Palisade Collection LLC,   Attn: Ralph Moran Court officer,   PO Box 540,
                  Vineland, NJ  08362-0540
515841320      ##+Santander Consumer USA, Inc.,   8585 N. Stemmons Fwy, Ste 1100-N,   Dallas, TX 75247-3822
                                                                                    TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jaclyn Christine Clemmer    on behalf of Creditor    M&T BANK jclemmer@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Jeanie D. Wiesner    on behalf of Debtor Amr M Selim jwiesner@subranni.com,
               ecorma@subranni.com;cwild@subranni.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
```

```
District/off: 0312-1          User: admin              Page 4 of 4               Date Rcvd: Apr 10, 2019
                              Form ID: pdf905          Total Noticed: 112
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael E. Blaine   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C by its tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com

        Michael E. Blaine   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com

        Michael E. Blaine   on behalf of Creditor   Specialized Loan Servicing, as Servicer for Deutsche Bank National Trust Company, as Trustee For Home Equity Mortgage Loan Asset-Backed Trust, SeriesINABS2005-C, Home Equity Mortgage Loan Asset-Backed tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com

        Michael E. Blaine   on behalf of Creditor   M&T BANK tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com

        Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C by its rsolarz@kmllawgroup.com

        Richard James Tracy, III   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

        Richard James Tracy, III   on behalf of Creditor   Bayview Loan Servicing, LLC, as attorney in fact for M&T Bank rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

        Scott M. Zauber   on behalf of Debtor Amr M Selim jwiesner@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com

        Thomas J Subranni   on behalf of Debtor Amr M Selim jwiesner@subranni.com, ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com

        TOTAL: 16