UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; FAX (609) 345-4545
Attorneys for Debtor

In Re:
Amr M. Selim

Order Filed on May 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:       15-31092 (ABA)

Hearing Date:   May 14, 2019

Chapter:        13

Judge:          Andrew B. Altenburg

SECOND AMENDED
**ORDER AUTHORIZING**
**SALE OF REAL PROPERTY**

| Recommended Local Form: | ☐ Followed | ☒ Modified |

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: May 14, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____242-246 E. Broad Street, Millville, NJ 08332_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale may be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Jeffrey L. Gold, Esq. |
| Amount to be paid: | Anticipated approximate fees between $4,000 and $5,000 |
| Services rendered: | Representation of Debtor through sale of real property. Work including, but not limited to preparation of Contract for Sale, communication with buyers counsel and Debtor's bankruptcy counsel, document review etc. with regard to sale of property at 424-426 E. Broad Street, Millville, NJ 08332 |

**OR**: ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $____7,974.00____ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

> 1. The secured lien held by M&T Bank/Bayview shall be fully satisfied by the sale of the property located at 242-246 E. Broad Street, Millville, NJ 08332 and such satisfying proceeds be disbursed immediately upon Closing. The secured lien holder shall ensure that a true and accurate final pay-off figure is provided to Debtor's Real Estate counsel and/or appropriate parties prior to anticipated date of Closing. Pay-off will be requested within seven (7) days prior to Closing.
> 2. Parties anticipate Closing to be conducted on or about July 12, 2019. Debtor shall provide Trustee with copy of HUD-1 Settlement Sheet within seven (7) days after Closing. If appropriate, Debtor shall file a modified Chapter 13 Plan no later than twenty-on (21) days after Closing.
> 3. All non-exempt proceeds shall be disbursed to the Chapter 13 Trustee as an additional base to unsecured creditors who timely filed claims.

*rev.8/1/15*