UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; FAX (609) 345-4545
Attorneys for Debtor

**Order Filed on May 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Amr M. Selim

Case No.:  15-31092 (ABA)

Hearing Date:  May 14, 2019

Chapter:  13

Judge:  Andrew B. Altenburg

## SECOND AMENDED
## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: May 14, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 242-246 E. Broad Street, Millville, NJ 08332 _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale may be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order.

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Jeffrey L. Gold, Esq. |
| Amount to be paid: | Anticipated approximate fees between $4,000 and $5,000 |
| Services rendered: | Representation of Debtor through sale of real property. Work including, but not limited to preparation of Contract for Sale, communication with buyers counsel and Debtor's bankruptcy counsel, document review etc. with regard to sale of property at 424-426 E. Broad Street, Millville, NJ 08332 |

**OR**: ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $ ___7,974.00___ claimed as exempt may be paid to the Debtor.

6.  The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8.  ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9.  Other provisions:

> 1. The secured lien held by M&T Bank/Bayview shall be fully satisfied by the sale of the property located at 242-246 E. Broad Street, Millville, NJ 08332 and such satisfying proceeds be disbursed immediately upon Closing. The secured lien holder shall ensure that a true and accurate final pay-off figure is provided to Debtor's Real Estate counsel and/or appropriate parties prior to anticipated date of Closing. Pay-off will be requested within seven (7) days prior to Closing.
> 2. Parties anticipate Closing to be conducted on or about July 12, 2019. Debtor shall provide Trustee with copy of HUD-1 Settlement Sheet within seven (7) days after Closing. If appropriate, Debtor shall file a modified Chapter 13 Plan no later than twenty-on (21) days after Closing.
> 3. All non-exempt proceeds shall be disbursed to the Chapter 13 Trustee as an additional base to unsecured creditors who timely filed claims.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-31092-ABA
Amr M Selim                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: May 14, 2019
                               Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db             +Amr M Selim,   307 Gravel Bend Road,   Egg Harbor Twp, NJ 08234-4809
aty            +Jeffrey L Gold,   2106 New Road,   Suite F-6,   Linwood, NJ 08221-1053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
       Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Jaclyn Christine Clemmer    on behalf of Creditor    M&T BANK jclemmer@schillerknapp.com,
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
      Jeanie D. Wiesner    on behalf of Debtor Amr M Selim jwiesner@subranni.com,
       ecorma@subranni.com;cwild@subranni.com
      John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
       ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
       p.com
      Michael E. Blaine    on behalf of Creditor    Specialized Loan Servicing, as Servicer for Deutsche
       Bank National Trust Company, as Trustee For Home Equity Mortgage Loan Asset-Backed Trust,
       SeriesINABS2005-C, Home Equity Mortgage Loan Asset-Backed
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
       p.com
      Michael E. Blaine    on behalf of Creditor    M&T BANK
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
       p.com
      Michael E. Blaine    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
       Asset-Backed Certificates, Series INABS 2005-C by its
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
       p.com
      Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
       Asset-Backed Certificates, Series INABS 2005-C by its rsolarz@kmllawgroup.com
      Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC, as attorney in
       fact for M&T Bank rtracy@schillerknapp.com,
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
      Richard James Tracy, III    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
       rtracy@schillerknapp.com,
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

```
District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: May 14, 2019
                                  Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Scott M. Zauber    on behalf of Debtor Amr M Selim jwiesner@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
        Thomas J Subranni    on behalf of Debtor Amr M Selim jwiesner@subranni.com, ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com

        TOTAL: 17