| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No: |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Joshua I. Goldman, Esq.<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>jgoldman@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C | Chapter: <u>13</u>     Order Filed on May 28, 2019<br>                            by Clerk<br>                            U.S. Bankruptcy Court<br>Hearing Date: *** District of New Jersey<br><br>Judge: Andrew B. Altenburg Jr.<br><br>15-31092 |
| In re:<br>Amr M. Selim<br><br>                      Debtor | |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|
| | | |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 28, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of  Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-C, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot  59, Block 1603 ,   307 Gravel Bend Road, Egg Harbor Township NJ 08234**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.