UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By:  Jeanie D. Wiesner, Esq.  JW3209
jwiesner@subranni.com

Order Filed on July 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Amr M. Selim

Case No.:    15-31092-ABA

Chapter:    13

Judge:    Altenburg

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 11, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas J. Subranni_____, the applicant, is allowed a fee of $ _____2,000.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____2,000.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____648.00_____ per month for _____18_____ months to allow for payment of the above fee.

*rev.8/1/15*