UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By:  Jeanie D. Wiesner, Esq.  JW3209
jwiesner@subranni.com

**Order Filed on July 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Amr M. Selim

Case No.: 15-31092-ABA

Chapter: 13

Judge: Altenburg

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 11, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas J. Subranni_____, the applicant, is allowed a fee of $ _____2,000.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____2,000.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____648.00_____ per month for _____18_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 15-31092-ABA
Amr M Selim                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2            Date Rcvd: Jul 12, 2019
                                Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db          +Amr M Selim,    307 Gravel Bend Road,    Egg Harbor Twp, NJ 08234-4809
aty         +Jeffrey L Gold,    2106 New Road,    Suite F-6,   Linwood, NJ 08221-1053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jaclyn Christine Clemmer    on behalf of Creditor    M&T BANK jclemmer@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Jeanie D. Wiesner    on behalf of Debtor Amr M Selim jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Michael E. Blaine    on behalf of Creditor    Specialized Loan Servicing, as Servicer for Deutsche
               Bank National Trust Company, as Trustee For Home Equity Mortgage Loan Asset-Backed Trust,
               SeriesINABS2005-C, Home Equity Mortgage Loan Asset-Backed
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Michael E. Blaine    on behalf of Creditor    M&T BANK
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Michael E. Blaine    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-C by its
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-C by its rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC, as attorney in
               fact for M&T Bank rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Richard James Tracy, III    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

```
District/off: 0312-1           User: admin                 Page 2 of 2              Date Rcvd: Jul 12, 2019
                               Form ID: pdf903             Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Scott M. Zauber    on behalf of Debtor Amr M Selim jwiesner@subranni.com,
               ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com
              Thomas J Subranni    on behalf of Debtor Amr M Selim jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
                                                                                                TOTAL: 17
```