Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 15−31092−ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Amr M Selim  
   307 Gravel Bend Road  
   Egg Harbor Twp, NJ 08234

Social Security No.:  
   xxx−xx−2326

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             September 20, 2019  
Time:            10:00 AM  
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*140* − Certification in Opposition to Trustees Certification of Default (related document:139 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/29/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Thomas J Subranni on behalf of Amr M Selim. (Subranni, Thomas)

and transact such other business as may properly come before the meeting.

Dated: July 29, 2019  
JAN: bed

                                                                     Jeanne Naughton  
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-31092-ABA
Amr M Selim                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 2          Date Rcvd: Jul 29, 2019
                            Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
db             +Amr M Selim,   307 Gravel Bend Road,   Egg Harbor Twp, NJ 08234-4809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
       Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Jaclyn Christine Clemmer    on behalf of Creditor    M&T BANK jclemmer@schillerknapp.com,
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
      Jeanie D. Wiesner    on behalf of Debtor Amr M Selim jwiesner@subranni.com,
       dhoff@subranni.com;cwild@subranni.com
      John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
       ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      Michael E. Blaine    on behalf of Creditor    Specialized Loan Servicing, as Servicer for Deutsche
       Bank National Trust Company, as Trustee For Home Equity Mortgage Loan Asset-Backed Trust,
       SeriesINABS2005-C, Home Equity Mortgage Loan Asset-Backed
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
       p.com
      Michael E. Blaine    on behalf of Creditor    M&T BANK
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
       p.com
      Michael E. Blaine    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
       Asset-Backed Certificates, Series INABS 2005-C by its
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
       p.com
      Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
       p.com
      Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
       Asset-Backed Certificates, Series INABS 2005-C by its rsolarz@kmllawgroup.com
      Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC, as attorney in
       fact for M&T Bank rtracy@hillwallack.com,
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
      Richard James Tracy, III    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
       rtracy@hillwallack.com,
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

```
District/off: 0312-1          User: admin             Page 2 of 2           Date Rcvd: Jul 29, 2019
                              Form ID: 173            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Scott M. Zauber    on behalf of Debtor Amr M Selim jwiesner@subranni.com, ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com
          Thomas J Subranni    on behalf of Debtor Amr M Selim jwiesner@subranni.com, dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com

                                                                                                                     TOTAL: 17