Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  15−31092−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amr M Selim
   307 Gravel Bend Road
   Egg Harbor Twp, NJ 08234

Social Security No.:
   xxx−xx−2326

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/20/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 20, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-31092-ABA
Amr M Selim                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 4              Date Rcvd: Sep 20, 2019
                             Form ID: 148             Total Noticed: 113

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
```
db             +Amr M Selim,    307 Gravel Bend Road,     Egg Harbor Twp, NJ  08234-4809
aty            +Jeffrey L Gold,    2106 New Road,    Suite F-6,    Linwood, NJ 08221-1053
cr             +Deutsche Bank National Trust Company, as Trustee f,    Specialized Loan Servicing, LLC,
                 PO Box 636007,    Littleton, CO 80163-6007
cr             +Specialized Loan Servicing, as Servicer for Deutsc,    Specialized Loan Servicing, LLC,
                 PO Box 636007,    Littleton, CO 80163-6007
515841242       ADT, LLC,    Attn: American Financial Mngt,     8755 W Higgins Rd Ste 610,
                 Chicago, IL  60631-2751
515841243       American Epxress,    Attn: NCO Financial,    PO Box 15760,    Wilmington, DE  19850-5760
515841245       American Express,    Attn: Redline Recovery,    PO Box 1022,    Fort Mill, SC  29716-1022
515841247      +Atlantic Emergency Assoc.,    6880 W Snowville Rd #210,    Brecksville, OH 44141-3255
515841248      +Atlantic Emergency Associates,    POB 120153,    Grand Rapids, MI 49528-0103
515841249      +Atlantic Radiologists,    POB 1262,    Indianapolis, IN 46206-1262
515841258      +BMW Group Financial Services,    POB 3608,    Dublin, OH 43016-0306
515841250      +Bailey Banks & Biddle/CBNA,    POB 6487,    SIoux Falls, SD 57117-6487
515841252       Barclays Bank DE,    Attn: Ragan & Ragan,    3100 State Route 138 Ste 1,    Wall, NJ  07719-9021
515841253       Barclays Bank DE,    Attn: Atlantic County Court,    PO Box 6075,    Somers Point, NJ  08244
515841254       Barclays Bank DE,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                 Atlantic City, NJ  08401-4510
515841256       Barclays Bank DE/Juniper,    Attn: Berman & Rabin,    PO Box 24327,
                 Overland Park, KS  66283-4327
515841268      +CCS/First National Bank,    500 E 60th St N,    Souix Falls, SD 57104-0478
515841275       CIT Bank,    6900 Beatrice Dr,    Kalamazoo, MI  49009-9559
515841282       CITibank,    Attn: ARS,    PO Box 1259,    Oaks, PA  19456-1259
515841289      +CPU/CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
515841262       Capital One,    Attn: Plaza Assoc.,    PO Box 2769,    New York, NY  10116-2769
515841263       Capital One Bank,    Attn: Eichenbaum Stylianou,    PO Box 914,    Paramus, NJ  07653-0914
515841264       Capital One Bank,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                 Atlantic City, NJ  08401-4510
515841265       Capital One Bank (USA) NA,    Attn: Eichenbaum & Stylianou,    PO Box 914,
                 Paramus, NJ  07653-0914
515841267       Capital One Bank USA NA,    Attn: Mercer County Court,    25 Market St,    Trenton, NJ  08611-2148
515841269       Chase Bank,    Attn: Nationwide Credit,    2002 Summit Blvd Ste 600,    Atlanta, GA  30319-1559
515841270       Chase Bank NA,    Attn: Northstar Location Services,    4285 Genesee St,
                 Cheektowaga, NY  14225-1943
515841271       Chase Bank USA,    Attn: VCS,    7500 Office Ridge Cir,    Eden Prairie, MN  55344-3782
515841273       Chase Bank USA NA,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                 Atlantic City, NJ  08401-4510
515841272       Chase Bank USA NA,    Attn: Mercer County Court,    25 Market St,    Trenton, NJ  08611-2148
515841277       Citi,    Attn: Client Services, Inc.,    3451 Harry S Truman Blvd,
                 Saint Charles, MO  63301-4047
515841280       Citibank,    Attn: CBE Group,    PO Box 2547,    Waterloo, IA  50704-2547
515841278       Citibank,    Attn: LTD Financial,    7322 Southwest Fwy Ste 1600,    Houston, TX  77074-2134
515841279       Citibank,    RAB, Inc.,    PO Box 1022,    Wixom, MI  48393-1022
515841283       Citibank SD N,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                 Atlantic City, NJ  08401-4510
515841287       Citibank SD NA,    Attn: Northland Group, Inc.,    PO Box 390905,    Minneapolis, MN  55439-0905
515841284       Citibank SD NA,    Attn: Mercer County Court,    25 Market St,    Trenton, NJ  08611-2148
515841285      +Citibank SD NA,    Attn: Faloni & Assoc.,    165 Passaic Ave Ste 301B,    Fairfield, NJ 07004-3592
515841286       Citibank SD NA,    Attn: United Recovery Syst.,    5800 N Course Dr,    Houston, TX  77072-1613
515841288       Citibank/Shel,    Attn: ARS,    PO Box 463023,    Escondido, CA  92046-3023
515841293       DSNB,    Attn: Omni Credit Service of FL,    PO Box 31179,    Tampa, FL  33631-3179
515841292       Dell Financial Services,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                 Atlantic City, NJ  08401-4510
515841291       Dell Financial Services,    Attn: Mercer County Court,    25 Market St,    Trenton, NJ  08611-2148
515901708      +Deutsche Bank National Trust Co.,Trustee (See 410),    c/o SPECIALIZED LOAN SERVICING LLC,
                 8742 LUCENT BLVD, SUITE 300,    HIGHLANDS RANCH, COLORADO 80129-2386
515841294       FIA Card Services,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                 Atlantic City, NJ  08401-4510
515841296       FIA Card Services, N.A.,    Attn: Einchenbaum Stylianou,    PO Box 914,    Paramus, NJ  07653-0914
515841295       FIA Card Services, N.A.,    Attn: Hyat Hayt & Landau,    PO Box 500,    Eatontown, NJ  07724-0500
515841297       FIA Card Services, N.A.,    Attn: Regional Adjustmnet,    PO Box 34111,    Memphis, TN  38184-0111
515841302       HSBC,    Attn: Portfolio recovery,    140 Corporate Blvd,    Norfolk, VA  23502-4952
515841303       HSBC Bank,    Attn: Firstsource,    PO Box 2270,    Southgate, MI  48195-4270
515841305       Lourdes Cardiology Services,    PO Box 824699,    Philadelphia, PA  19182-4699
515841308       M&T Bank,    Attn: Schiller & Knapp, LLP,    950 New Loudon Rd,    Latham, NY  12110-2100
515841307       M&T Bank,    Attn: Schiller & Knapp,    30 Montgomery St Ste 1205,    Jersey City, NJ  07302-3835
515960801      +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515841311       Midland Funding,    Attn: Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
515841312       Midland Funding,    Attn: Atlantic County Court,    1201 Bacharach Blvd,
                 Atlantic City, NJ  08401-4510
515841313       Midland Funding LLC,    Attn: Mercer County Court,    25 Market St,    Trenton, NJ  08611-2148
```

```
District/off: 0312-1          User: admin                Page 2 of 4                  Date Rcvd: Sep 20, 2019
                              Form ID: 148               Total Noticed: 113


515901915      +Mulooly Jeffrey Rooney and Flynn,    6851 Jericho Turnpike,    PO Box 9036,
                 Syosset, NY 11791-9036
515841315      +OCWEN Mortgage,    POB 4622,    Waterloo, IA 50704-4622
515841318       Porfolio Recovery,    Attn: Forster Garbus & Garbus,    7 Banta Pl,    Hackensack, NJ 07601-5604
515841322    ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO 80163-6005
                (address filed with court:  Specialized Loan Servicing,     POB 266005,
                 Littleton, CO  80163-0000)
515841323       Starkman General Product Co., Inc.,    Attn: Cox Wells,    7 Assoc 3520 W 26th St Ste 1,
                 Erie, PA 16506
515841324       Starkman General Products,    Attn: Broder Law group,    110 Marter Ave Ste 409,
                 Moorestown, NJ 08057-3124
515841327      +Township Of Egg Harbor EMS,    DM Medical Box 1016,    Voorhees, NJ 08043-7016
515841330       Unifund CCr LLC,    Attn: Mullooly Jeffrey Rooney,    PO Box 9036,    Syosset, NY 11791-9036
515841333       Verizon,    Attn: Diversified Adjustment,    600 Coon Rapids Blvd NW,
                 Coon Rapids, MN 55433-5549
515841331       Verizon,    Attn: McCarthy Burgess Wolff,    2600 Cannon Rd,    Cleveland, OH 44146
515841332       Verizon,    Attn: Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2019 01:12:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2019 01:12:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM Sep 21 2019 04:38:00      Santander Consumer USA, Inc.,
                 P.O. Box 562088, Suite 900-North,    Dallas, TX 75247,    UNITED STATES 75356-2088
515950271       EDI: BECKLEE.COM Sep 21 2019 04:38:00      AMERICAN EXPRESS CENTURION BANK,
                 C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
515841246       EDI: APPLIEDBANK.COM Sep 21 2019 04:38:00      Applied Bank,    PO Box 10210,
                 Wilmington, DE 19850-0210
515841244       EDI: AMEREXPR.COM Sep 21 2019 04:38:00      American Express,    POB 981537,
                 El Paso, TX 79998-1537
515911746       EDI: BECKLEE.COM Sep 21 2019 04:38:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515924769       EDI: AIS.COM Sep 21 2019 04:38:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
515841251       EDI: BANKAMER.COM Sep 21 2019 04:38:00      Bank of America,    POB 982235,    El Paso, TX 79998
515841255       EDI: TSYS2.COM Sep 21 2019 04:38:00      Barclays Bank DE,    PO Box 8803,
                 Wilmington, DE 19899-8803
515841257      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 21 2019 01:13:01
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
516016692       EDI: RESURGENT.COM Sep 21 2019 04:38:00      CACH, LLC,    PO BOX 10587,
                 Greenville, SC 29603-0587
515841259       EDI: CAPITALONE.COM Sep 21 2019 04:38:00       Capital One,    POB 30281,
                 Salt Lake City, UT 84130-0281
515841260      +EDI: CAPITALONE.COM Sep 21 2019 04:38:00       Capital One,    POB 5253,
                 Carol Stream, IL 60197-5253
515841261       EDI: CAPITALONE.COM Sep 21 2019 04:38:00       Capital One,    POB 30285,
                 Salt Lake City, UT 84130-0285
516022082       EDI: CAPITALONE.COM Sep 21 2019 04:38:00       Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
516019132       EDI: BL-BECKET.COM Sep 21 2019 04:38:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 PO Box 3001,    Malvern, PA 19355-0701
516047675      +E-mail/Text: bncmail@w-legal.com Sep 21 2019 01:12:33      Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515841274       EDI: CHASE.COM Sep 21 2019 04:38:00      Chase Card Services,    POB 15298,
                 Wilmington, DE 19850-5298
515841276      +EDI: CITICORP.COM Sep 21 2019 04:38:00      Citgo/Citibank SD,    P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
515841281       E-mail/Text: cms-bk@cms-collect.com Sep 21 2019 01:11:45      Citibank,
                 Attn: Capital Managment Services,    726 Exchange St Ste 700,    Buffalo, NY 14210-1464
515841290       EDI: RCSFNBMARIN.COM Sep 21 2019 04:38:00      Credit One Bank,    POB 98873,
                 Las Vegas, NV 89193-8873
515841290       E-mail/PDF: creditonebknotifications@resurgent.com Sep 21 2019 01:19:16     Credit One Bank,
                 POB 98873,    Las Vegas, NV 89193-8873
515856330       EDI: RESURGENT.COM Sep 21 2019 04:38:00      Dell Financial Services LLC,
                 c/o Resurgent Capital Services,    PO Box 10390,    Greenville, SC 29603-0390
515841298      +EDI: RMSC.COM Sep 21 2019 04:38:00      GECRB/Gap,    POB 935005,    Orlando, FL 32896-0001
515841299      +EDI: RMSC.COM Sep 21 2019 04:38:00      GECRB/JCP,    POB 965007,    Orlando, FL 32896-5007
515841300      +EDI: RMSC.COM Sep 21 2019 04:38:00      GECRB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
515841301       EDI: HFC.COM Sep 21 2019 04:38:00      HSBC,    PO Box 9,    Buffalo, NY 14240-0009
515841304      +E-mail/Text: bncnotices@becket-lee.com Sep 21 2019 01:10:54      KOHLS Department Store,
                 POB 3115,    Milwaukee, WI 53201-3115
515841306       E-mail/Text: camanagement@mtb.com Sep 21 2019 01:11:46      M&T Bank,    1 Fountain Plaza, FL 4,
                 Buffalo, NY 14203-0000
516048397       E-mail/Text: camanagement@mtb.com Sep 21 2019 01:11:46      M&T Bank,
                 c/o Schiller Knapp Lefkowitz & Hertzel L,    Post Office Box 840,    Buffalo, New York 14240
515841309       EDI: TSYS2.COM Sep 21 2019 04:38:00      Macys,    PO Box 8218,    Mason, OH 45040-8218
515841314       EDI: MID8.COM Sep 21 2019 04:38:00      Midland Funding, LLC,    8875 Aero Drive, Ste. 200,
                 San Diego, CA 92123-2255
```

```
District/off: 0312-1          User: admin              Page 3 of 4              Date Rcvd: Sep 20, 2019
                              Form ID: 148             Total Noticed: 113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515841316       +E-mail/Text: EBN_Notifications@OWB.com Sep 21 2019 01:12:10     Onewest Bank,
                 6900 Beatrice Dr.,   Kalamazoo, MI 49009-9559
515841319        EDI: PRA.COM Sep 21 2019 04:38:00      Portfolio Recovery Assoc.,    120 Corporate Blvd Ste 100,
                 Norfolk, VA  23502-4962
515866425        EDI: PRA.COM Sep 21 2019 04:38:00      Portfolio Recovery Associates, LLC,    c/o HSBC,
                 POB 41067,   Norfolk VA 23541
515841325       +EDI: RMSC.COM Sep 21 2019 04:38:00     SYNCB/Lowes,   POB 965005,   Orlando, FL 32896-5005
515898437       +EDI: DRIV.COM Sep 21 2019 04:38:00     Santander Consumer USA INC,    PO BOX 560284,
                 Dallas, TX 75356-0284
515899012       +EDI: DRIV.COM Sep 21 2019 04:38:00     Santander Consumer USA INC,    PO Box 961245,
                 Ft. Worth TX 76161-0244
515841320       +EDI: DRIV.COM Sep 21 2019 04:38:00     Santander Consumer USA, Inc.,
                 8585 N. Stemmons Fwy, Ste 1100-N,    Dallas, TX 75247-3822
515841321       +EDI: SEARS.COM Sep 21 2019 04:38:00    Sears/Citibank,   POB 6283,
                 Sioux Falls, SD 57117-6283
515841326        EDI: TDBANKNORTH.COM Sep 21 2019 04:38:00      TD Bank N.A.,   PO Box 219,
                 Lewiston, ME  04243-0000
515841329        EDI: TFSR.COM Sep 21 2019 04:38:00     Toyota Motor Credit,   4 Gatehall Dr., Ste 350,
                 Parsippany, NJ  07054
515841328        EDI: TFSR.COM Sep 21 2019 04:38:00     Toyota Financial Services,    PO Box 9786,
                 Cedar Rapids, IA  52409-0004
515841334       +EDI: RCSDELL.COM Sep 21 2019 04:38:00     Webbank-DFS,   POB 81607,   Austin, TX 78708-1607
515841335       +EDI: CITICORP.COM Sep 21 2019 04:38:00    Zales-CBSD,   POB 6497,   Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 46

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515945242*      American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515945243*      American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515841266*      Capital One Bank (USA) NA,   Attn; Eichenbaum & Stylianou,    PO Box 914,
                 Paramus, NJ  07653-0914
517988502*     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
515841310       ##Mellville Food Market LLC,    T/A Millville Fod market,   424 Broad St E,
                 Millville, NJ  08332-2733
515841317       ##Palisade Collection LLC,   Attn: Ralph Moran Court officer,    PO Box 540,
                 Vineland, NJ  08362-0540
                                                                                   TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
           Asset-Backed Certificates, Series INABS 2005-C by its dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 4 of 4              Date Rcvd: Sep 20, 2019
                              Form ID: 148             Total Noticed: 113


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jaclyn Christine Clemmer    on behalf of Creditor    M&T BANK jclemmer@schillerknapp.com,
               kcollins@schillerknapp.com;acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Jeanie D. Wiesner    on behalf of Debtor Amr M Selim jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Michael E. Blaine    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-C by its
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Michael E. Blaine    on behalf of Creditor    Specialized Loan Servicing, as Servicer for Deutsche
               Bank National Trust Company, as Trustee For Home Equity Mortgage Loan Asset-Backed Trust,
               SeriesINABS2005-C, Home Equity Mortgage Loan Asset-Backed
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Michael E. Blaine    on behalf of Creditor    M&T BANK
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Raymond   Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-C by its rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC, as attorney in
               fact for M&T Bank rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
                                                                                             TOTAL: 15
```